# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALAN BRUMFIELD

VERSUS

LOUISIANA DEPT. OF PUBLIC
SAFETY AND CORRECTIONS

NO.   2024 CW 0872

**NOVEMBER 18, 2024**

---

In Re:     Alan Brumfield, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           714798.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT GRANTED WITH ORDER.**  The district court is instructed to
act on relator's motion to clarify, filed on May 28, 2024, on or
before January 17, 2025.

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT